**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 13-1537**

───────────────

YA MEI ZHANG,

            Petitioner,

      v.

ERIC H. HOLDER, JR., Attorney General,

            Respondent.

───────────────

On Petition for Review of an Order of the Board of Immigration
Appeals.

───────────────

Submitted: September 24, 2013      Decided: December 4, 2013

───────────────

Before WILKINSON, WYNN, and DIAZ, Circuit Judges.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

Michael Brown, New York, New York, for Petitioner. Stuart F.
Delery, Assistant Attorney General, Song E. Park, Senior
Litigation Counsel, Matt A. Crapo, Office of Immigration
Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington,
D.C., for Respondent.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ya Mei Zhang, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") denying her motion to reopen. We have reviewed the record and the Board's order and conclude that the Board did not abuse its discretion in denying the motion as untimely. See 8 C.F.R. § 1003.2(a), (c) (2013). We therefore deny the petition for review for the reasons stated by the Board. See In re: Ya Mei Zhang (B.I.A. Apr. 5, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED